ARTHUR H. JONES, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Jones* v. *National Surety Co.,* 168 App. Div. 913, affirmed.

(Argued February 11, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a surety bond given under an injunction order and executed by the Empire State Surety Company as surety. Said company thereafter entered into a re-insurance agreement with defendant. The injunction having been subsequently set aside and a referee appointed to ascertain and determine the damages sustained by reason of said injunction having reported the amount

thereof and the principal having failed to pay the same this action was brought against this defendant as re-insurer to recover that amount, with costs and disbursements. Defendant contended that the re-insurance agreement did not authorize an action to be brought against this defendant directly, and that it had no notice of the proceedings in which the plaintiff's damages were determined.

*Charles A. Winter* for appellant.

*Edward Potter, Thomas A. McCole* and *Michael Potter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J. Absent: POUND, J.